# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL GREEN** | : | CIVIL ACTION |
| *Plaintiff-pro se* | : | |
| | : | NO. 19-3123 |
| **v.** | : | |
| | : | |
| **C.O. KLEPACKI** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 21st day of December 2020, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the complaint of Plaintiff Michael Green ("Plaintiff") is **DISMISSED**, with prejudice, pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*